Odom v Williams (2024 NY Slip Op 04522)

Odom v Williams

2024 NY Slip Op 04522

Decided on September 24, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 24, 2024

Before: Singh, J.P., Gesmer, Scarpulla, Rodriguez, Michael, JJ. 

Index No. 12875/16 Appeal No. 2604 Case No. 2023-01255 

[*1]Elizabeth Odom, Plaintiff-Respondent,
v
Bayete Williams, Defendant-Appellant.

Sharova Law Firm, Brooklyn (Yelena Sharova of counsel), for appellant.
Daniel L. Pagano, White Plains, for respondent.

Judgment, Supreme Court, Bronx County (Paul L. Alpert, J.), entered January
24, 2022, to the extent appealed from as limited by the briefs, incorporating by
reference the parties' so-ordered stipulation of settlement dated November 27, 2018, which directed the husband to pay $2,184.00 per month in child support,
unanimously modified, on the law, to vacate the basic child support provisions and remand the matter for a determination of the parties' basic child support obligation, including the parties' prorated contributions toward statutory add-on expenses, in accordance with the Child Support Standards Act (CSSA), and for further proceedings consistent with this decision, and entry of an amended judgment in accordance herewith, and otherwise affirmed, without costs.
The parties' so-ordered stipulation of settlement did not comply with the requirements of the CSSA because it failed to recite that the parties were advised of the provisions of the CSSA, and that the basic agreed-upon child support obligation would presumptively result in the correct amount of support to be awarded (Domestic Relations Law § 240[1-b][h]). Thus, the parties' monthly basic child support obligation must be recalculated through the application of the CSSA, including the parties' pro-rated obligation for statutory add-on expenses incurred by a custodial parent as set forth in Domestic Relations Law § 240(1-b)(c)(4) and (5). 
In the interim, defendant shall continue to pay to plaintiff child support in the amount of $2,184.00 per month and 50% of add-on expenses as set forth in the judgment of divorce, with any overpayment to be credited against defendant's future payment of the child's add-on expenses after entry of the amended judgment, or underpayments to be debited to him and included as arrears in the amended judgment. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 24, 2024